UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maureen Brady and Martin Brady,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>102 E. 238th Street, LLC,<br><br>                              Defendant. | 25-CV-1483 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     The Court ordered defendant to explain, by March 7, 2025, why the case should not be remanded based on the forum-defendant rule. If no explanation was given by that date, the Court warned, the case would be remanded without further notice. Dkt. 6.

     No such explanation has been provided to the Court. As a courtesy, the Court extends the deadline, *nunc pro tunc*, until March 14, 2025 at 5:00 PM. **If defendant does not respond by this deadline, the case will be remanded**.

     SO ORDERED.

Dated: March 11, 2025
       New York, New York

                                                         ARUN SUBRAMANIAN
                                                         United States District Judge