UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maureen Brady and Martin Brady,<br>                              Plaintiffs,<br><br>           -against-<br><br>102 E. 238th Street, LLC,<br>                              Defendant. | 25-CV-1483 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant removed this case from the Supreme Court of New York, Bronx County. Dkt. 1. On February 27, 2025, the Court ordered defendant to explain by March 7, 2025 why the case should not be remanded on the basis of the forum defendant rule. Dkt. 6. If no explanation was made, the Court warned that the case would be remanded without further notice.

      Defendants did not respond, and on March 11, 2025, the Court *sua sponte* extended the deadline to March 14, 2025. Dkt. 8. Again, the Court informed defendants that the case would be remanded without a satisfactory explanation. To date, defendants have not provided any such explanation.

      Accordingly, this case is remanded to the Supreme Court of New York, Bronx County.

      SO ORDERED.

Dated: March 26, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                        United States District Judge